UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRY WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>J. ANDRADE, et al.,<br><br>　　　　Defendants. | 1:14-cv-02073-AWI-GSA-PC<br><br>ORDER TO PAY $50.00 BALANCE OWED FOR FILING FEES, WITHIN 30 DAYS |

　　　　Gerry Williams ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on December 29, 2014, together with an application to proceed in forma pauperis.  (Docs. 1, 2.)

　　　　On January 9, 2015, the court issued an order denying Plaintiff's application to proceed in forma pauperis and requiring Plaintiff to pay the $400.00 filing fees for this action within thirty days.  (Doc. 5.)  On January 14, 2015, Plaintiff submitted a $350.00 payment to the court.  (Court Record.)

　　　　Plaintiff has now paid $350.00 of the $400.00 filing fee.[1]  Plaintiff must either pay the remaining $50.00 balance owed, or this case will be dismissed for failure to comply with a court order.

---

[1] Pursuant to 28 U.S.C. § 1914(a), Plaintiffs are required to pay $400 to file a civil complaint in federal district court, which includes a $350 filing fee and a $50 administrative fee. 28 U.S.C. § 1914(a), Judicial Conference Schedule of Fees, District Court Miscellaneous Fee Schedule ¶14.

Accordingly, IT IS HEREBY ORDERED that within thirty (30) days of the date of service of this order, Plaintiff shall pay the remaining $50.00 balance owed for the filing fees for this action, or this case will be dismissed.

IT IS SO ORDERED.

Dated: **January 15, 2015**  /s/ Gary S. Austin
UNITED STATES MAGISTRATE JUDGE