# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRY WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. ANDRADE, et al.,<br><br>　　　　　Defendants. | Case No. 1:14-cv-02073-AWI-SAB-PC<br><br>ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR SCREENING AND FOR STATUS<br><br>(ECF NO. 14) |

On February 8, 2016, Plaintiff filed a motion requesting the Court to screen his case, and to notify him of the status of this action. On February 1, 2016, a screening order was entered, advising Plaintiff of the deficiencies in the operative complaint and granting Plaintiff an opportunity to either file an amended complaint or proceed on the claims found by the Court to be cognizable.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for screening and for status of his case is DENIED as moot.

IT IS SO ORDERED.

Dated: __**February 9, 2016**__

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1