# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRY WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>W. OXBORROW, et al.,<br><br>　　　　Defendants. | Case No.  1:14-cv-2073-AWI-SAB-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(ECF No.17)<br><br>ORDER DISMISSING DEFENDANTS |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(1)(B) and Local Rule 302.

On February 19, 2016, findings and recommendations were entered, recommending that Defendants Andrade, Webster, Silveira, May, and Deathridge be dismissed from this action for Plaintiff's failure to state a claim upon which relief could be granted.   Plaintiff was provided an opportunity to file objections within thirty days.  Plaintiff has not filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the record to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the Magistrate Judge on February 19, 2016, are adopted in full; and

2. Defendants Andrade, Webster, Silveira, May, and Deathridge are DISMISSED from this action, due to the failure to state a claim upon which relief may be granted under 42 U.S.C. § 1983.

IT IS SO ORDERED.

Dated:   June 21, 2016                               _____
                                                            SENIOR DISTRICT JUDGE

2